RECEIVED
IN LAKE CHARLES, LA.

MAY -1 2013

TONY R. MOORE, CLERK
BY_____
           DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 2:06 CR 20089-07 |
| VS. | : | JUDGE MINALDI |
| JULIO CESAR CORTEZ | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objections to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the complaint filed by the defendant IS DISMISSED

Lake Charles, Louisiana, this ___1___ day of May, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE